### CARR et al. v. RAWLINGS.

HILL, J. This case is controlled by the decision this day rendered in the case of *Carr* v. *Rawlings*, ante, 619.

> *Judgment reversed. All the Justices concur.*
>
> No. 4347. JULY 22, 1924.

Equitable petition. Before Judge Hutcheson. DeKalb superior court. March 22, 1924.

*Dodd & Dodd* and *Candler, Thomson & Hirsch,* for plaintiffs in error.

*A. H. Bancker* and *L. C. Hopkins,* contra.